IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLORIA A. PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-cv-43-TFM |
| ) | [wo] |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is AFFIRMED.

Judgment is entered in favor of the Defendant Commissioner and against the Plaintiff Gloria A.

Pugh and this case is DISMISSED with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of December, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE